JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESIREE JARRETT, an individual, | Case No. 2:22-cv-03394-SSS-AGRx |
| Plaintiff, | **ORDER DISMISSING CASE** |
| v. | |
| HUB INTERNATIONAL INSURANCE SERVICES, INC., a California Corporation; and DOES 1 through 100, inclusive, | Trial Date: May 6, 2024<br>Complaint Filed: Los Angeles Superior Court, April 7, 2022 |
| Defendants. | |

LITTLER MENDELSON P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA 90071
213.443.4300

4871-3428-9074.1 / 076902-1017

ORDER DISMISSING CASE 2:22-CV-03394-SSS-AFMX

Pursuant to the Stipulation Dismissing Case With Prejudice filed by the Parties, and in accordance with Federal Rules of Civil Procedure 41(a)(1)(A)(ii), good cause exists to order this case dismissed with prejudice. Each side shall pay its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: April 2, 2024

SUNSHINE S. SYKES
United States District Judge

LITTLER MENDELSON P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA 90071
213.443.4300

4871-3428-9074.1 / 076902-1017

2

ORDER DISMISSING CASE 2:22-CV-03394-SSS-AFMX